1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
5  Fax: (415) 981-1270

6
7
8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11  MARY LEE,                          )   No. C 06 1232 JSW
                                       )
12              Plaintiff,             )   Before the Honorable JEFFREY S. WHITE
                                       )
13  vs.                                )   [PROPOSED] ORDER VACATING
                                       )   AND/OR CONTINUING CASE
14                                     )   MANAGEMENT CONFERENCE
    ELI LILLY AND COMPANY,             )
15                                     )   Conference Date:  JUNE 2, 2006
                Defendant.             )   Conference Time:  1:30 p.m.
16                                     )   Location:         Courtroom 2, 17TH Fl.

17       For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18  hereby continues the June 2, 2006 Case Management Conference ("CMC") to

19  December 1, 2006 _____, at  1:30 p.m. . In the event the case is not transferred to the Honorable

20  Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21  *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22  Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23     Plaintiff is ORDERED to serve Defendant within 120 days of the date of this Order.

24     **IT IS SO ORDERED**

25

26  DATED: May 22, 2006

27                                              _____
                                                HONORABLE JEFFREY S. WHITE
28                                              United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1