1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Meghan K. Landrum (State Bar No. 222264)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email: jmwood@reedsmith.com
          cdavies@reedsmith.com
5         mklandrum@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084
   Telephone:    510.763.2000
8  Facsimile:    510.273.8832

9  Attorneys for Defendant
   Eli Lilly and Company, a corporation

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE,<br><br>            Plaintiff,<br><br>      vs.<br><br>ELI LILLY AND COMPANY,<br><br>            Defendant. | No. C 06-1232 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |

For the reasons set forth in the Joint Case Management Conference Statement, the Court VACATES hereby ~~continues~~ the December 1, 2006, Case Management Conference ("CMC") to _____, at _____, ~~by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigatio~~n.  In the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 days before the new CMC~~ date.
the parties shall file a joint request to have the matter put back on this Court's calendar.

IT IS SO ORDERED

DATED: November 21, 2006.

_____
The Honorable Jeffrey S. White

No.: C 06 1232 JSW                – 1 –                DOCSOAK-9853637.1-MKLANDRUM

[Proposed] Order Continuing Case Management Conference